IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW J. ARLOTTA,

**Plaintiff,**

v.

STEVEN CHIN and
THOMAS RUEGE,

**Defendants.**    No. 03-C-00252-DRH

### ORDER

**HERNDON, District Judge:**

This case was set for trial on November 14, 2005. That day, prior to the commencement of the trial, the Court raised questions regarding service on Defendant Chin and whether a probable cause hearing is necessary. Based on the discussions between the Court and counsel, the Court continued the trial and ordered the parties to brief these issues (Doc. 32). As to the issue of service on Defendant Chin, the Court ordered Plaintiff file a brief on this issue by January 15, 2006. As to the issue of a probable cause hearing, the Court ordered Defendants to file a brief on this issue by January 15, 2006 and ordered Plaintiff to file his brief by February 15, 2006. As of this date, Plaintiff has not filed a brief on either issue. Thus, the Court **ORDERS** Plaintiff to **SHOW CAUSE** in writing by March 29, 2006 why this case should not be dismissed with prejudice for failure to comply with the

Court's November 14, 2005 briefing schedule.

**IT IS SO ORDERED.**

Signed this 15th day of March, 2006.

<u>/s/          David   RHerndon</u>
**United States District Judge**